UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER WEATHERSBY                    CIVIL ACTION

VERSUS                                    NO. 08-3729

STATE OF LOUISIANA                        SECTION "S" (6)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore, IT IS ORDERED that the petition of Christopher Weathersby for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DENIED WITH PREJUDICE.

New Orleans, Louisiana, this  8th  day of   October   , 2010.

UNITED STATES DISTRICT JUDGE